### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| RIOS GUZMAN, Daniel | ) | |
| Petitioner, | ) | Case No. 7:26-cv-00092 |
| | ) | |
| v. | ) | **PETITION FOR** |
| | ) | **WRIT OF HABEAS CORPUS** |
| David PAULK, *in his* | ) | |
| *official capacity as Warden of Irwin County* | ) | Alien File No. 240-368-754 |
| *Detention Center,* and *Todd LYONS,* | ) | |
| *in his official capacity as Acting* | ) | |
| *Director of Immigration and Customs* | ) | |
| *Enforcement,* and Ladeon | ) | |
| FRANCIS, *Field Office Director ICE* | ) | |
| *Atlanta Field Office,* and Kristi NOEM, | ) | |
| *Secretary of Homeland Security,* Pamela | ) | |
| BONDI, in her official capacity as Attorney | ) | |
| General, United States Department of | ) | |
| Justice | ) | |
| | ) | |
| Respondents. | | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner

Daniel Rios Guzman by and through his counsel, hereby give notice that the above-captioned action

is voluntarily dismissed against all Defendants.

Dated: May 1, 2026

Respectfully submitted,

*/s/ Jessica Calmes*
Jessica Calmes, Esq.
GA Bar # 202719
Attorney for Plaintiff
Diaz & Gaeta Law, LLC
2400 Herodian Way SE, Suite 275
Smyrna GA 30080
Ph: 678-503-2780
Fax: 404-341-9370
Email: calmes@dglawga.com

SO ORDERED this 4th day
of May, 2026.

W. Louis Sands, Sr. Judge
United States District Court

1